B6F (Official Form 6F) (12/07)

In re **Scott Andruk**, Case No. **10-13653**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1319**<br><br>**Alliance One**<br>**1684 Woodlands Dr**<br>**Ste 150**<br>**Maumee, OH 43537** | | - | 2006<br>Electricity | | | | **62.00** |
| Account No. **xxxxxx3685**<br><br>**America's Servicing Co**<br>**PO Box 1820**<br>**Newark, NJ 07101-1820** | | - | Foreclosed Mortgage | | | | **Unknown** |
| Account No. **01\*\***<br><br>**Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886-5726** | | - | 2001<br>Credit Card | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx1353**<br><br>**Best Buy Retail Services**<br>**PO Box 17298**<br>**Baltimore, MD 21297-1298** | | - | 2008<br>Electronics | | | | **3,516.33** |
| __4__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | **3,578.33** |

In re **Scott Andruk**, Case No. **10-13653**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxN457<br><br>Brown & Joseph LTD<br>PO Box 59838<br>Schaumburg, IL 60159-0838 | | - | 2009<br>Insurance, home | | | | 470.00 |
| Account No.<br><br>Chase<br>Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 | | - | 2005<br>Foreclosed Mortgage | | | | Unknown |
| Account No. xxxxxxxx1263****<br><br>Chase<br>Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 | | - | 2008<br>Credit Card | | | | 15,891.00 |
| Account No. x xx-xxxxx5770<br><br>Collect Corp<br>PO Box 4947A<br>Birmingham, AL 35210-1928 | | - | Credit Card | | | | Unknown |
| Account No. xxxxxx0594<br><br>GMAC Mortgage<br>PO Box 9001719<br>Louisville, KY 40290-1719 | | - | 2005<br>Mortgage | | | | 42,273.00 |

Sheet no. **1** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **58,634.00**

In re **Scott Andruk**, Case No. **10-13653**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Green Tree Servicing LLC**<br>**PO Box 94710**<br>**Palatine, IL 60094-4710** | - | | 2005<br>Foreclosed Mortgage | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-5080**<br>**Greystone Alliance LLC**<br>**255 Great Arrow Ave**<br>**2nd Fl. Suite 15**<br>**Buffalo, NY 14207** | - | | Credit Card | | | | **8,171.00** |
| Account No. **xxxxxx4546**<br>**Homecoming Financial**<br>**PO Box 9001719**<br>**Louisville, KY 40290-1719** | - | | Foreclosed Mortgage | | | | **Unknown** |
| Account No. **xxxxxxxxx1353**<br>**HSBC Card Services**<br>**PO Box 17051**<br>**Baltimore, MD 21297-1051** | - | | Credit card | | | | **3,516.00** |
| Account No. **xxxxxxxx8024**<br>**LVNV Funding**<br>**PO Box 10497**<br>**Greenville, SC 29603** | - | | 2009<br>Credit Card | | | | **27,529.00** |

Sheet no. **2** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **39,216.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Scott Andruk**, Case No. **10-13653**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx7001**<br><br>**Ocwen Loans**<br>**PO Box 6440**<br>**Carol Stream, IL 60197-6440** | | - | **2005**<br>**Foreclosed Mortgage** | | | | **Unknown** |
| Account No. **xxxxxxxxxx1955**<br><br>**Palisades Collection, Inc.**<br>**PO Box 1244**<br>**Englewood Cliffs, NJ 07632** | | - | **2009**<br>**Credit Card** | | | | **6,840.00** |
| Account No. **xxxxxx6273**<br><br>**Suntrust Mortgage**<br>**1001 Semmes Ave**<br>**Richmond, VA 23224** | | - | **2005**<br>**Foreclosed Mortgage** | | | | **Unknown** |
| Account No. **xxxxxx6299**<br><br>**Suntrust Mortgage Inc**<br>**PO Box 79041**<br>**Baltimore, MD 21279-0041** | | - | **2005**<br>**Foreclosed Mortgage** | | | | **Unknown** |
| Account No. **xxxxx-xxxxx5238**<br><br>**Transworld Systems**<br>**1099 Wall St.**<br>**West 242**<br>**Lyndhurst, NJ 07071** | | - | **2009**<br>**Electricity** | | | | **799.75** |

Sheet no. **3** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **7,639.75**

B6F (Official Form 6F) (12/07) - Cont.

In re **Scott Andruk**, Case No. **10-13653**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4936** <br><br> **United Guaranty** <br> **230 N. Elm St.** <br> **Greensboro, NC 27401** | | - | **Foreclosed Mortgage** | | | | **Unknown** |
| Account No. **xxx9935** <br><br> **Wilshire Credit Corp.** <br> **PO Box 8517** <br> **Portland, OR 97207-8517** | | - | **2006** <br> **Foreclosed Mortgage** | | | | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **4** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

Total (Report on Summary of Schedules) **109,068.08**