```
United States Bankruptcy Court
Southern District of New York
-----------------------------------X
In Re:                                    Case No. 10-13653-SMB
                                          Chapter 7
        Scott Andruk,

                Debtor.
-----------------------------------X
STATE OF NEW YORK   )
                    SS:
COUNTY OF NASSAU    )
```

I, Carol Spatafora, being duly sworn, say: I am not a party to this action, am over 18 years of age and reside at Garden City, New York.

On November 8, 2010, I served the within **Notice of Motion for Order Modifying and Terminating Automatic Stay, Application In Support with annexed exhibits** by depositing a true copy thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the persons set forth below at the last known address set forth after each name:

TO:
    Scott Andruk
    Debtor
    90 Washington Street, Apt 9C
    New York, New York 10006

    David Hamilton, Esq.
    Dwyer & Associates, LLC
    Attorney for Debtor
    11 Broadway, Suite 615
    New York, New York  10004

Ian J. Gazes, Esq.
Trustee
Gazes, LLC
32 Avenue of the Americas, 27th Floor
New York, NY  10013

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

                                             /s/Carol Spatafora
                                             Carol Spatafora

SWORN TO BEFORE ME THIS
8th day of November, 2010

 /s/Bruce D. Mael
Notary Public
Bruce D. Mael
Notary Public, State of New York
NO. 02MA44971504
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES SEPTEMBER 4, 2014